FILED
2012 JAN 31 AM 10: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  JESSICA N. TROTTER (SBN 251457)
2  SARAH R. WOLK (SBN 251461)
   ZACHARY LEVINE (SBN 265901)
3  WOLK LEVINE & TROTTER, LLP
4  550 N. Brand Blvd., Ste 625
   Glendale, CA 91203
5  Tel: (818) 241-7499
6  Fax: (323) 892-2324
7  Email:     jnt@wltlawyers.com
              srw@wltlawyers.com
8             zjl@wltlawyers.com
9
   Attorneys for Plaintiffs
10 BLUE PHOENIX MEDIA INC., et al.
11
12              UNITED STATES DISTRICT COURT
13            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15 BLUE PHOENIX MEDIA, INC., a New   )  CASE NO.: CV 12 0834-CAS (MRW)
   York Corporation; AMY SHERIDAN,   )
16 an individual; MALAIKA SCHMIDT, an)  CERTIFICATE OF INTERESTED
17 individual,                       )  PARTIES
                                     )
18                                   )
                Plaintiffs,          )
19                                   )  [C.D. LOCAL RULE 7.1-1]
       vs.                           )
20                                   )
21 ESSOCIATE, INC., a Delaware       )
   corporation; EVAN HOROWITZ, an    )
22 individual; MICHAEL LANDAU, an    )
23 individual,                       )
                                     )
24              Defendants.          )
25
26
27
28

1

CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiffs, certifies that the following listed persons may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

1. Amy Sheridan
2. Malaika Schmidt
3. Blue Phoenix Media, Inc.
4. Evan Horowitz
5. Michael Landau
6. Essociate, Inc.

DATED: January 30, 2012

WLT LAWYERS

By: Jessica N. Trotter
Attorneys for Plaintiffs
BLUE PHOENIX MEDIA, INC., AMY SHERIDAN, MALAIKA SCHMIDT

CERTIFICATE OF INTERESTED PARTIES