JAY M. COGGAN (SBN 86107)
JESSICA N. TROTTER (SBN 251457)
ZACHARY LEVINE (SBN 265901)
WOLK LEVINE & TROTTER, LLP
550 N. Brand Blvd., Ste 625
Glendale, CA 91203
Tel: (818) 241-7499
Fax: (323) 892-2324
Email:    jmc@wltlawyers.com
          jnt@wltlawyers.com
          zjl@wltlawyers.com

Attorneys for Plaintiffs
BLUE PHOENIX MEDIA INC., et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual,<br><br>Defendants. | CASE NO.: CV12-0834 CAS (MRWx)<br><br>**PROOF OF SERVICE OF SUMMONS ON MICHAEL LANDAU** |

1

PROOF OF SERVICE OF SUMMONS ON MICHAEL LANDAU

| Attorney or party without attorney (name and address) JESSICA N. TROTTER (SBN 251457) SARAH R. WOLK (SBN 251461) ZACHARY ILEVINE (SBN 265901) WOLK LEVINE & TROTTER, LLP 550 N. Brand Blvd., Ste 625 Glendale, CA 91203 Attorney for: Plaintiffs, BLUE PHOENIX MEDIA INC., et al. | Telephone | For Court Use Only |
|---|---|---|

Insert name of Court, judicial district and branch district, if any:
**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff:
BLUE PHOENIX MEDIA, INC. a New York Corporation

Defendant:
ESSOCIATE, INC., a Delaware corporation, MICHAEL LANDAU, an individual

| **PROOF OF SERVICE** (Personal) | Date: | Time: | Dept./Div.: | Case Number: CV 12-0834 CAS (MRWx) |
|---|---|---|---|---|

I, Paul Heckel, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the following:
**SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY, CERTIFICATE OF INTERESTED PARTIES, CORPORATE DISCLOSURE STATEMENT, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,**

In this action by personally delivering a true copy thereof to and leaving with the following defendant or person on the date and time set below:

Defendant/Witness           : MICHAEL LANDAU, an individual

By Serving                  : MICHAEL LANDAU (By Personal Service)

At Address                  : 398 Eliseo Dr., Greenbrae, CA 94904

Date & Time of Service      : 2/27/12 at 6:25 PM

Person serving:
Paul Heckel
**Marin Process Service**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
(415) 410-6591

a. fee for service: $ 55.00
b. Registered California Process Server
 (1) Owner
 (2) Registration No.: 202
 (3) County: Marin

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/28/12                                        Signature: _Paul Heckel_ (signed)
                                                                Paul Heckel