1  JAY M. COGGAN (SBN 86107)
2  JESSICA N. TROTTER (SBN 251457)
   ZACHARY LEVINE (SBN 265901)
3  WOLK LEVINE & TROTTER, LLP
4  550 N. Brand Blvd., Ste 625
   Glendale, CA 91203
5  Tel:  (818) 241-7499
6  Fax: (323) 892-2324
   Email:      jmc@wltlawyers.com
7              jnt@wltlawyers.com
8              zjl@wltlawyers.com
9
   Attorneys for Plaintiffs
10 BLUE PHOENIX MEDIA INC., et al.
11
12              UNITED STATES DISTRICT COURT
13          FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

| 15 | BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual, | ) ) ) ) ) | CASE NO.: CV12-0834 CAS (MRWx) |
|---|---|---|---|
| | Plaintiffs, | ) ) ) | **PROOF OF SERVICE OF SUMMONS ON ESSOCIATE, INC.** |
| | vs. | ) ) | |
| | ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual, | ) ) ) ) ) ) | |
| | Defendants. | ) | |

1

| Attorney or party without attorney (name and address) | Telephone | For Court Use Only |
|---|---|---|
| JESSICA N. TROTTER (SBN 251457)<br>SARAH R. WOLK (SBN 251461)<br>ZACHARY ILEVINE (SBN 265901)<br>WOLK LEVINE & TROTTER, LLP<br>550 N. Brand Blvd., Ste 625 Glendale, CA 91203<br>Attorney for: Plaintiffs, BLUE PHOENIX MEDIA INC., et al. | | |

Insert name of Court, judicial district and branch district, if any:
**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff:
BLUE PHOENIX MEDIA, INC. a New York Corporation

Defendant:
ESSOCIATE, INC., a Delaware corporation, MICHAEL LANDAU, an individual

| **PROOF OF SERVICE**<br>**(Personal)** | Date: | Time: | Dept./Div.: | Case Number:<br>CV 12-0834 CAS (MRWx) |
|---|---|---|---|---|

I, Paul Heckel, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the following:
**SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY, CERTIFICATE OF INTERESTED PARTIES, CORPORATE DISCLOSURE STATEMENT, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,**

In this action by personally delivering a true copy thereof to and leaving with the following defendant or person on the date and time set below:

Defendant/Witness : ESSOCIATE, INC.

By Serving : MICHAEL LANDAU (Authorized to Accept)

At Address : 398 Eliseo Dr., Greenbrae, CA 94904

Date & Time of Service : 2/27/12 at 6:25 PM

Person serving:
Paul Heckel
**Marin Process Service**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
(415) 410-6591

a. fee for service: $ 55.00
b. Registered California Process Server
(1) Owner
(2) Registration No.: 202
(3) County: Marin

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/28/12

Signature: _____
Paul Heckel