```
 1  JAY M. COGGAN (SBN 86107)
 2  JESSICA N. TROTTER (SBN 251457)
    ZACHARY LEVINE (SBN 265901)
 3  WOLK LEVINE & TROTTER, LLP
 4  550 N. Brand Blvd., Ste 625
    Glendale, CA 91203
 5  Tel: (818) 241-7499
 6  Fax: (323) 892-2324
    Email:    jmc@wltlawyers.com
 7            jnt@wltlawyers.com
 8            zjl@wltlawyers.com
 9  Attorneys for Plaintiffs
10  BLUE PHOENIX MEDIA INC., et al.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual,<br><br>Defendants. | CASE NO.: CV12-0834 CAS (MRWx)<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT ESSOCIATE, INC.**<br><br>[F.R.C.P. Rule 55(a)] |

REQUEST TO ENTER DEFAULT AGAINST DEFENDANT ESSOCIATE, INC.

1  TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

2  Plaintiffs Blue Phoenix Media, Inc., Amy Sheridan, and Malaika Schmidt (hereinafter collectively referred to as "Plaintiffs") hereby request that the Clerk of the above-captioned Court enter default in this matter against Defendant Essociate, Inc., a Delaware corporation, ("Essociate") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the complaint on Defendant Essociate on February 27, 2012, evidenced by the proof of service of summons on file with this Court [Docket No. 7] and attached hereto as Exhibit A.

The above stated facts are set forth in the accompanying Declaration of Jessica N. Trotter, filed concurrently herewith.

DATED: March 21, 2012                    WLT LAWYERS

                                         By: Jessica N. Trotter
                                         Attorneys for Plaintiffs
                                         BLUE PHOENIX MEDIA, INC.,
                                         AMY SHERIDAN, MALAIKA
                                         SCHMIDT

REQUEST TO ENTER DEFAULT AGAINST DEFENDANT ESSOCIATE, INC.