1  JAY M. COGGAN (SBN 86107)
2  JESSICA N. TROTTER (SBN 251457)
   ZACHARY LEVINE (SBN 265901)
3  WOLK LEVINE & TROTTER, LLP
4  550 N. Brand Blvd., Ste 625
   Glendale, CA 91203
5  Tel: (818) 241-7499
6  Fax: (323) 892-2324
7  Email:     jmc@wltlawyers.com
              jnt@wltlawyers.com
8             zjl@wltlawyers.com
9  Attorneys for Plaintiffs
10 BLUE PHOENIX MEDIA INC., et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual,<br><br>Defendants. | CASE NO.: CV12-0834 CAS (MRWx)<br><br>**PROOF OF SERVICE OF SUMMONS ON ESSOCIATE, INC.** |

1

PROOF OF SERVICE OF SUMMONS ON ESSOCIATE, INC.

| Attorney or party without attorney (name and address) | Telephone | For Court Use Only |
|---|---|---|
| JESSICA N. TROTTER (SBN 251457)<br>SARAH R. WOLK (SBN 251461)<br>ZACHARY ILEVINE (SBN 265901)<br>WOLK LEVINE & TROTTER, LLP<br>550 N. Brand Blvd., Ste 625 Glendale, CA 91203<br>Attorney for: Plaintiffs, BLUE PHOENIX MEDIA INC., et al. | | |

Insert name of Court, judicial district and branch district, if any:
**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff:
**BLUE PHOENIX MEDIA, INC. a New York Corporation**

Defendant:
**ESSOCIATE, INC., a Delaware corporation, MICHAEL LANDAU, an individual**

| **PROOF OF SERVICE (Personal)** | Date: | Time: | Dept./Div.: | Case Number:<br>CV 12-0834 CAS (MRWx) |
|---|---|---|---|---|

I, Paul Heckel, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the following:
**SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY, CERTIFICATE OF INTERESTED PARTIES, CORPORATE DISCLOSURE STATEMENT, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,**

In this action by personally delivering a true copy thereof to and leaving with the following defendant or person on the date and time set below:

Defendant/Witness       : ESSOCIATE, INC.

By Serving              : MICHAEL LANDAU (Authorized to Accept)

At Address              : 398 Eliseo Dr., Greenbrae, CA 94904

Date & Time of Service  : 2/27/12 at 6:25 PM

Person serving:
Paul Heckel
**Marin Process Service**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
(415) 410-6591

a. fee for service: $ 55.00
b. Registered California Process Server
   (1) Owner
   (2) Registration No.: 202
   (3) County: Marin

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/28/12        Signature: _Paul Heckel_ (signed)
                                Paul Heckel