```
JAY M. COGGAN (SBN 86107)
JESSICA N. TROTTER (SBN 251457)
ZACHARY LEVINE (SBN 265901)
WOLK LEVINE & TROTTER, LLP
550 N. Brand Blvd., Ste 625
Glendale, CA 91203
Tel:  (818) 241-7499
Fax: (323) 892-2324
Email:      jmc@wltlawyers.com
            jnt@wltlawyers.com
            zjl@wltlawyers.com

Attorneys for Plaintiffs
BLUE PHOENIX MEDIA INC., et al.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual, <br><br> Defendants. | CASE NO.: CV12-0834 CAS (MRWx) <br><br> **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL LANDAU** <br><br> [F.R.C.P. Rule 55(a)] |

1

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Plaintiffs Blue Phoenix Media, Inc., Amy Sheridan, and Malaika Schmidt (hereinafter collectively referred to as "Plaintiffs") hereby request that the Clerk of the above-captioned Court enter default in this matter against Defendant Michael Landau, an individual, ("Landau") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the complaint on Defendant Landau on February 27, 2012, evidenced by the proof of service of summons on file with this Court [Docket No. 6] and attached hereto as Exhibit A.

The above stated facts are set forth in the accompanying Declaration of Jessica N. Trotter, filed concurrently herewith.

DATED: March 21, 2012			WLT LAWYERS

By: Jessica N. Trotter
Attorneys for Plaintiffs
BLUE PHOENIX MEDIA, INC., AMY SHERIDAN, MALAIKA SCHMIDT

---

2

REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL LANDAU