**DECLARATION OF JESSICA N. TROTTER**

I, Jessica N. Trotter, hereby state and declare as follows:

1.     I am an attorney duly licensed to practice before all of the Courts of the State of California, as well as the United States District Court for the Central District of California.  I am an attorney at Wolk Levine & Trotter, LLP, counsel of record for Plaintiffs BLUE PHOENIX MEDIA, INC., AMY SHERIDAN and MALAIKA SCHMIDT (hereinafter collectively referred to as "Plaintiffs") in the instant action.  The statements made herein are of my own personal knowledge and I could and would testify competently thereto if called upon to do so at a court trial or hearing.

2.     I submit this Declaration in support of Plaintiffs' Request for Entry of Default Against Defendant Michael Landau ("Landau").

3.     Plaintiffs caused the Complaint in the instant action to be served on Defendant Landau on February 27, 2012, as evidenced by the proof of service of summons on file with the Court [Docket No. 6].  A true and correct copy of the proof of service of summons on Defendant Essociate is attached hereto as Exhibit A.

4.     Defendant Essociate has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

5.     Plaintiffs therefore request that the Clerk of Court enter default in this matter against Defendant Essociate.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.  Executed on this 21st day of March 2012 at Glendale, California.



Jessica N. Trotter

1

DECLARATION OF JESSICA N. TROTTER