```
JAY M. COGGAN (SBN 86107)
JESSICA N. TROTTER (SBN 251457)
ZACHARY LEVINE (SBN 265901)
WOLK LEVINE & TROTTER, LLP
550 N. Brand Blvd., Ste 625
Glendale, CA 91203
Tel:  (818) 241-7499
Fax: (323) 892-2324
Email:     jmc@wltlawyers.com
           jnt@wltlawyers.com
           zjl@wltlawyers.com
```

Attorneys for Plaintiffs
BLUE PHOENIX MEDIA INC., et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York Corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual,<br><br>Defendants. | CASE NO.: CV12-0834 CAS (MRWx)<br><br>**PROOF OF SERVICE OF SUMMONS ON MICHAEL LANDAU** |

| Attorney or party without attorney (name and address) | Telephone | For Court Use Only |
|---|---|---|
| JESSICA N. TROTTER (SBN 251457)<br>SARAH R. WOLK (SBN 251461)<br>ZACHARY ILEVINE (SBN 265901)<br>WOLK LEVINE & TROTTER, LLP<br>550 N. Brand Blvd., Ste 625 Glendale, CA 91203<br>Attorney for: Plaintiffs, BLUE PHOENIX MEDIA INC., et al. | | |

Insert name of Court, judicial district and branch district, if any:
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff:
BLUE PHOENIX MEDIA, INC. a New York Corporation

Defendant:
ESSOCIATE, INC., a Delaware corporation, MICHAEL LANDAU, an individual

| **PROOF OF SERVICE**<br>**(Personal)** | Date: | Time: | Dept./Div.: | Case Number:<br>CV 12-0834 CAS (MRWx) |
|---|---|---|---|---|

I, Paul Heckel, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the following:
**SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY, CERTIFICATE OF INTERESTED PARTIES, CORPORATE DISCLOSURE STATEMENT, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,**

In this action by personally delivering a true copy thereof to and leaving with the following defendant or person on the date and time set below:

Defendant/Witness : MICHAEL LANDAU, an individual

By Serving : MICHAEL LANDAU (By Personal Service)

At Address : 398 Eliseo Dr., Greenbrae, CA 94904

Date & Time of Service : 2/27/12 at 6:25 PM

Person serving:
Paul Heckel
**Marin Process Service**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
(415) 410-6591

a. fee for service: $ 55.00
b. Registered California Process Server
   (1) Owner
   (2) Registration No.: 202
   (3) County: Marin

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/28/12          Signature: _Paul Heckel_
                                                                                  Paul Heckel