| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Derek A. Newman, 190467/derek@newmanlaw.com<br>John Du Wors, 233913/duwors@newmanlaw.com<br>Derek Linke, ProHac to be filed/linke@newmanlaw.com<br>NEWMAN DU WORS LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone: (206) 274-2800 | 2012 MAR 21 PM 3: 34<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |
| ATTORNEYS FOR: Essociate, Inc., E. Horowitz, & M. Landau | BY _____ |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| BLUE PHOENIX MEDIA, INC., a New York corporation; AMY SHERIDAN, an individual; MALAIKA SCHMIDT, an individual,<br>Plaintiff(s),<br>v.<br>ESSOCIATE, INC., a Delaware corporation; EVAN HOROWITZ, an individual; MICHAEL LANDAU, an individual,<br>Defendant(s) | CASE NUMBER:<br>CV12-0834 CAS (MRWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Essociate, Inc., Evan Horowitz, & Michael Landau
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| BLUE PHOENIX MEDIA, INC., a New York corporation | Plaintiff and Counterclaim Defendant |
| AMY SHERIDAN, an individual | Plaintiff and Counterclaim Defendant |
| MALAIKA SCHMIDT, an individual | Plaintiff and Counterclaim Defendant |
| ESSOCIATE, INC., a Delaware corporation | Defendant and Counterclaim Plaintiff |
| EVAN HOROWITZ, an individual | Defendant and Counterclaim Plaintiff |
| MICHAEL LANDAU, an individual | Defendant and Counterclaim Plaintiff |

March 21, 2012                                         /s/ John Du Wors
Date                                                               Sign

John Du Wors, 233913
Attorney of record for or party appearing in pro per